UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ESCOVEDO,<br><br>   Petitioner,<br><br>   v.<br><br>DAN LUNGREN,<br><br>   Respondent. | 1:02-cv-06515-AWI-TAG HC<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE PETITIONER WITH COPY OF RESPONDENT'S ANSWER<br>(Doc. 19) |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 5, 2002, Petitioner filed the instant petition for writ of habeas corpus. (Doc. 1). On June 19, 2003, the Court ordered Respondent to file an answer. (Doc. 17). On September 23, 2003, the answer was filed by Respondent. (Doc. 19). On May 11, 2005, Petitioner filed a declaration indicating that he had never received a copy of Respondent's answer. (Doc. 23). Petitioner also filed a notice of change of address on that same date. (Doc. 24). The Court, therefore, will direct the Clerk of the Court to provide Petitioner with a photocopy of Respondent's answer at Petitioner's his new address.

///

///

1

## ORDER

Good cause appearing therefore, the Clerk of the Court is HEREBY DIRECTED to mail Petitioner a copy of Respondent's answer to the petition for writ of habeas corpus (Doc. 19), at Petitioner's current address.

IT IS SO ORDERED.

**Dated:    May 25, 2005**             /s/ Theresa A. Goldner
j6eb3d                             UNITED STATES MAGISTRATE JUDGE