# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| LARRY ESCOVEDO, | 1:02-cv-06515 LJO JMD HC |
| Petitioner, | ORDER REQUIRING FURTHER BRIEFING |
| v. | |
| | (Doc. 1) |
| CHERYL PLILER, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action has been referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72-302.

Petitioner alleges the denial of his Sixth Amendment right to a jury determination of guilt under a reasonable doubt standard with respect to the factors considered by the trial court in sentencing him to full consecutive terms on counts 13, 14 and 15 pursuant to Cal. Penal Code § 667.6(c). Respondent asserts that no such right to a jury determination of these factors attaches where the sentence imposed is at or below the relevant statutory maximum.

The Court is aware of a case, namely Cunningham v. California, 127 S.Ct. 856 (2007),

1  which case appears relevant to the determination herein.  Accordingly, IT IS HEREBY
2  ORDERED that:
3       (1) Respondent file additional briefing on the effect, if any, of <u>Cunningham</u> on the present
4  petition, such briefing to be submitted within 45 days of the effective date of this order.
5       (2) Petitioner will have 30 days from the date Respondent's additional briefing is filed in
6  which to file a traverse confined to the same issues.

8  IT IS SO ORDERED.
9  **Dated:    June 1, 2007**              /s/ John M. Dixon
                                            UNITED STATES MAGISTRATE JUDGE

cd

2